PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Lamont Purnell                                Cr.: 07-00815-001

Name of Sentencing Judicial Officer: Honorable Peter G. Sheridan

Date of Original Sentence: 03/20/08

Original Offense: Utters Counterfeit Obligations

Original Sentence: 36 months probation

Type of Supervision: Probation                        Date Supervision Commenced: 03/20/08

### NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of probation:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | On August 19, 2008, the offender submitted a urine sample which offered a presumptive positive for the use of ecstasy. On August 19, 2008, the offender signed a waiver admitting to using ecstasy on August 15, 2008. |

U.S. Probation Officer Action: At the onset of probation, Lamont Purnell was placed in our phase drug testing system, wherein he was initially tested three times monthly on a random basis (Phase I). After four months of no detected drug use, he graduated to Phase II which reduces random testing to twice monthly. With this positive result, the probation office will return Lamont Purnell to the Phase I category and intensify his outpatient treatment services.

Respectfully submitted,

By: Suzanne P. Golda
U.S. Probation Officer
Date: 08/28/08

*The Court's endorsement of this petition will serve as a official written reprimand to the offender, unless the Court directs that additional action be taken as follows:*

[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

_____
Signature of Judicial Officer

9/5/08
Date