PROB 12A
(7/93)

# United States District Court

for

## District of New Jersey

### Report on Offender Under Supervision

Name of Offender: Lamont Purnell                                    Cr.: 07-00815-001

Name of Sentencing Judicial Officer: Honorable Peter G. Sheridan

Date of Original Sentence: 03/20/08

Original Offense: Uttering Counterfeit Obligations

Original Sentence: 36 months probation; $100 special assessment; four-month-term of home confinement (with electronic monitoring); mental health treatment; drug testing and/or treatment; and DNA testing.

Type of Supervision: Probation                          Date Supervision Commenced: 03/20/08

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of probation:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states '**You shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.**'<br><br>On March 23, 2010, the offender failed to attend the Federal Forum Drug Education group as directed. |

U.S. Probation Officer Action: After meeting with the offender, the undersigned and her supervisor decided the offender can benefit from anger-management counseling more than a drug education group. The probation office will continue to monitor the offender and refer him for anger-management counseling. The probation office requests that the Court allow us to provide a signed copy of this petition to the offender to serve as a judicial reprimand.

Respectfully submitted,

By: Suzanne J. Golda
U.S. Probation Officer
Date: 04/26/10

*The Court's endorsement of this petition will serve as a official written reprimand to the offender, unless the Court directs that additional action be taken as follows:*

[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[X] Other  _issue reprimand_

Signature of Judicial Officer

5/5/10
Date