PROB 12B
(7/93)

# United States District Court

for

## District of New Jersey

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Lamont Purnell                                  Cr.: 07-00815-001
                                                                  PACTS Number: 48462

Name of Sentencing Judicial Officer: Honorable Peter G. Sheridan

Date of Original Sentence: March 20, 2008

Original Offense: Uttering Counterfeit Obligations

Original Sentence: 36 months probation; $100 special assessment; four-month-term of home confinement (with electronic monitoring); mental health treatment; drug testing and/or treatment; and DNA testing.

Type of Supervision: Probation

Date Supervision Commenced: March 20, 2008

## PETITIONING THE COURT

[X] To extend the term of supervision for six months, for a total term of forty-two months.
[ ] To modify the conditions of supervision as follows. The addition of the following special condition(s):

## CAUSE

The offender failed to satisfy his mental health treatment condition. USPO Golda will monitor the offender's compliance with his anger-management, individual therapy at Trinitas Hospital.

Respectfully submitted,

By: Suzanne J. Golda
U.S. Probation Officer
Date: 2/23/11

THE COURT ORDERS:

[✓] The Extension of Supervision as Noted Above
[ ] The Modification of Conditions as Noted Above
[ ] No Action
[ ] Other

Signature of Judicial Officer